## DENISE v. CORNELL

No. 61P85.

Case below: 72 N.C. App. 358.

Petition by defendants for discretionary review under G.S. 7A-31 denied 2 April 1985.

## FREEMAN v. HUNTER & WALDEN CO.

No. 655P84.

Case below: 70 N.C. App. 787.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 2 April 1985.

## GARRISON v. GARRISON

No. 25P85.

Case below: 71 N.C. App. 618.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 April 1985.

## HIGDON v. DAVIS

No. 54PA85.

Case below: 71 N.C. App. 640.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 2 April 1985.

## IN RE ARBITRATION BETWEEN STATE AND DAVIDSON & JONES

No. 63P85.

Case below: 72 N.C. App. 149.

Petition by Haken/Corley & Associates, Inc. for discretionary review under G.S. 7A-31 denied 2 April 1985.